# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**AMANDA HALE**                                                                                          **PLAINTIFF**

**v.**                                   **CASE NO. 3:19-CV-00041 BSM**

**SECURIAN FINANCIAL GROUP INC.**                                          **DEFENDANT**

## ORDER

The parties' joint motion to stay is granted. The case and all deadlines are stayed until June 24, 2019.

IT IS SO ORDERED this 25th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE