IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMANDA HALE                                                                                           PLAINTIFF

v.                              CASE NO. 3:19-CV-00041 BSM

SECURIAN FINANCIAL GROUP INC.                                                      DEFENDANT

## ORDER

The stay is lifted. The parties are ordered to hold a Rule 26(f) conference and submit a Rule 26(f) report within thirty days from the date of this order. A Rule 16(b) conference will be scheduled if necessary, and a final scheduling order shall issue after the parties file the Rule 26(f) report.

IT IS SO ORDERED this 7th day of October 2019.

_____
UNITED STATES DISTRICT JUDGE