IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMANDA HALE**  **PLAINTIFF**

v. CASE NO. 3:19-CV-00041 BSM

**SECURIAN FINANCIAL GROUP INC.**  **DEFENDANT**

## ORDER

The scheduling order [Doc. No. 6] is vacated. *See* Local Rule 16.2. An order setting a briefing schedule shall follow.

IT IS SO ORDERED this 13th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE