# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AMANDA HALE**                                                                                          **PLAINTIFF**

**v.**                            **CASE NO. 3:19-CV-00041 BSM**

**SECURIAN FINANCIAL GROUP INC.**                                                **DEFENDANT**

## ORDER

Consistent with the joint stipulation of dismissal [Doc. No. 16], this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE