IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMANDA HALE**                                                                                           **PLAINTIFF**

**v.**                              **CASE NO. 3:19-CV-00041 BSM**

**SECURIAN FINANCIAL GROUP INC.**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE